USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/13/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
GERGELY CSIKOS,

                               Plaintiff,

              -against-                        18-CV-9598 (VEC)

S.M. CONSTRUCTION & CONTRACTING,        ORDER
INCORPORATED, AND
230 PARK SOUTH APARTMENTS,

                               Defendants.

-------------------------------------------------------------- X
230 PARK SOUTH APARTMENTS,

    Cross-Claimant and Third-Party Plaintiff,

             -against-

S.M. CONSTRUCTION & CONTRACTING,
INCORPORATED,

                             Cross-Defendant,

REMODEL ART CORP. AND ALIN
VADANUTA,

                        Third-Party Defendants.
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on December 13, 2019, the parties appeared for a conference with this Court;

    IT IS HEREBY ORDERED THAT:

    1.    The fact discovery deadline is extended to **March 6, 2020**.

    2.    The expert discovery deadline is extended to **May 7, 2020**.

    2.    A referral to the Magistrate Judge for a settlement conference will be entered

separately.

**SO ORDERED.**

Date:  December 13, 2019
       New York, New York

_____
**VALERIE CAPRONI**
**United States District Judge**