```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/2/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
GERGELY CSIKOS,

                                                Plaintiff,

                        -against-                               18-CV-9598 (VEC)

S.M. CONSTRUCTION & CONTRACTING,             ORDER
INCORPORATED, AND
230 PARK SOUTH APARTMENTS,

                                                Defendants.

-------------------------------------------------------------- X
230 PARK SOUTH APARTMENTS,

       Cross-Claimant and Third-Party Plaintiff,

                        -against-

S.M. CONSTRUCTION & CONTRACTING,
INCORPORATED,

                                              Cross-Defendant,

REMODEL ART CORP. AND ALIN
VADANUTA,

                                      Third-Party Defendants.
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on December 6, 2019, the Court ordered Vincent Avery, Counsel for Defendant S.M. Construction & Contracting, Inc to show cause why he should not be sanctioned for failure to appear at the scheduled conference by being required to pay one hour of his opponents' attorneys' fees (Dkt. 67);

       WHEREAS on December 11, 2019, Mr. Avery submitted a letter indicating that he had experienced a family crisis that prevented him from attending the conference (Dkt. 70);

WHEREAS on December 13, 2019, the Court informed Mr. Avery that his letter did not adequately explain why he should not be sanctioned and offered him the option to submit a more detailed letter under seal;

IT IS HEREBY ORDERED THAT: Mr. Avery must submit a sealed submission by **January 6, 2020** detailing why he should not be sanctioned. Otherwise, the Court will proceed in ordering Mr. Avery to pay one hour of his opponents' attorneys' fees.

**SO ORDERED.**

**Date: January 2, 2020**
**New York, New York**

VALERIE CAPRONI
United States District Judge