USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/3/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

GERGELY CSIKOS,

                              Plaintiff,

               -against-                                      18-CV-9598 (VEC)

S.M. CONSTRUCTION & CONTRACTING,            ORDER
INCORPORATED, AND
230 PARK SOUTH APARTMENTS,

                              Defendants.

---------------------------------------------------------------X

230 PARK SOUTH APARTMENTS,

    Cross-Claimant and Third-Party Plaintiff,

               -against-

S.M. CONSTRUCTION & CONTRACTING,
INCORPORATED,

                            Cross-Defendant,

REMODEL ART CORP. AND ALIN
VADANUTA,

                           Third-Party Defendants.

---------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on January 2, 2020, this Court ordered Vincent Avery, Counsel for Defendant S.M. Construction & Contracting, Inc. to provide further explanation for his failure to appear at the previously scheduled conference held on December 6, 2019 (Dkt. 75);

       WHEREAS on January 3, 2020, Mr. Avery called chambers to discuss the circumstances surrounding his failure to appear;

       IT IS HEREBY ORDERED THAT: Sanctions will not be imposed at this time.

SO ORDERED.

Date: January 3, 2020
New York, New York

_____
**VALERIE CAPRONI**
**United States District Judge**