USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/29/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------X
GERGELY CSIKOS,                                              :
                                                             :
                                   Plaintiff,                :
                                                             :
            -against-                                        :     18-CV-9598 (VEC)
                                                             :
S.M. CONSTRUCTION & CONTRACTING,                             :     ORDER
INCORPORATED, AND                                            :
230 PARK SOUTH APARTMENTS,                                   :
                                                             :
                                   Defendants.               :
                                                             :
-------------------------------------------------------------X
230 PARK SOUTH APARTMENTS,                                   :
                                                             :
      Cross-Claimant and Third-Party Plaintiff,              :
                                                             :
            -against-                                        :
                                                             :
S.M. CONSTRUCTION & CONTRACTING,                             :
INCORPORATED,                                                :
                                                             :
                                   Cross-Defendant,          ;
                                                             :
REMODEL ART CORP. AND ALIN                                   :
VADANUTA,                                                    :
                                                             :
                                   Third-Party Defendants.   :
-------------------------------------------------------------X
```

VALERIE CAPRONI, United States District Judge:

WHEREAS on January 27, 2020, a settlement conference was held before Magistrate Judge Gorenstein;

WHEREAS the parties indicated that they have been unable to settle the case;

IT IS HEREBY ORDERED THAT: a pretrial conference will be held on **March 13, 2020 at 10:00 a.m.** The parties must submit a joint pre-conference letter by **March 5, 2020.**

**SO ORDERED.**

**Date: January 29, 2020**
       **New York, New York**

_____
    **VALERIE CAPRONI**
**United States District Judge**