USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/13/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
GERGELY CSIKOS, :
:
                                Plaintiff, :
:
               -against- : 18-CV-9598 (VEC)
:
S.M. CONSTRUCTION & CONTRACTING, : ORDER
INCORPORATED, AND :
230 PARK SOUTH APARTMENTS, :
:
                              Defendants. :
:
-------------------------------------------------------------- X
230 PARK SOUTH APARTMENTS, :
:
   Cross-Claimant and Third-Party Plaintiff, :
:
              -against- :
:
S.M. CONSTRUCTION & CONTRACTING, :
INCORPORATED, :
:
                         Cross-Defendant, ;
:
REMODEL ART CORP. AND ALIN :
VADANUTA, :
:
                  Third-Party Defendants. :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS a pretrial conference in this matter is scheduled for **April 10, 2020 at 10:00 a.m**.;

      IT IS HEREBY ORDERED THAT: Due to ongoing concerns regarding the COVID-19 pandemic, the conference scheduled for April 10, 2020 is adjourned to **April 24, 2020 at 10:00 a.m**. The parties' joint submissions are due by **April 16, 2020**.

**SO ORDERED.**

Date: March 13, 2020
      New York, New York

_____
**VALERIE CAPRONI**
**United States District Judge**