```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/20/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
GERGELY CSIKOS,

                                         Plaintiff,

               -against-                           18-CV-9598 (VEC)

S.M. CONSTRUCTION & CONTRACTING,          ORDER
INCORPORATED, AND
230 PARK SOUTH APARTMENTS,

                                         Defendants.

-------------------------------------------------------------X
230 PARK SOUTH APARTMENTS,

      Cross-Claimant and Third-Party Plaintiff,

               -against-

S.M. CONSTRUCTION & CONTRACTING,
INCORPORATED,

                                  Cross-Defendant,

REMODEL ART CORP. AND ALIN
VADANUTA,

                       Third-Party Defendants.
-------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

      WHEREAS a pretrial conference in this matter is scheduled for **April 24, 2020 at 10:00 a.m**.;

      WHEREAS the fact discovery deadline had been extended to May 21, 2020 (Dkt.85);

      IT IS HEREBY ORDERED THAT:  The conference scheduled for April 24, 2020 is adjourned to **May 29, 2020 at 10:00 a.m**.  The parties' joint submissions are due by **May 21, 2020**.

SO ORDERED.

Date:  April 20, 2020
       New York, New York

_____
**VALERIE CAPRONI**
**United States District Judge**