```
                                              ┌─────────────────────────────┐
                                              │ USDC SDNY                   │
                                              │ DOCUMENT                    │
UNITED STATES DISTRICT COURT                  │ ELECTRONICALLY FILED        │
SOUTHERN DISTRICT OF NEW YORK                 │ DOC #:_____         │
-------------------------------------------X  │ DATE FILED:  9/30/2020      │
                                              └─────────────────────────────┘
```

| | |
|---|---|
| GERGELY CSIKOS, | |
| Plaintiff, | |
| -against- | 18-CV-9598 (VEC) |
| S.M. CONSTRUCTION & CONTRACTING, INCORPORATED, AND 230 PARK SOUTH APARTMENTS, | ORDER |
| Defendants. | |
| 230 PARK SOUTH APARTMENTS, | |
| Cross-Claimant and Third-Party Plaintiff, | |
| -against- | |
| S.M. CONSTRUCTION & CONTRACTING, INCORPORATED, | |
| Cross-Defendant, | |
| REMODEL ART CORP. AND ALIN VADANUTA, | |
| Third-Party Defendants. | |

VALERIE CAPRONI, United States District Judge:

WHEREAS a pretrial conference in this matter was held on **September 30, 2020**;

IT IS HEREBY ORDERED THAT:

1. A pretrial conference will be held on **October 9, 2020 at 2:30 p.m**.

2. Mr. Avery must submit a letter no later than **October 8, 2020** indicating whether he seeks to be relieved from representing Mr. Reisner.

**SO ORDERED.**

Date: **September 30, 2020**
      **New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**