```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/26/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GERGELY CSIKOS,                                  :
                                                 :
                              Plaintiff,         :
            -against-                            :
                                                 :    18-CV-9598 (VEC)
S.M. CONSTRUCTION & CONTRACTING,                 :
INCORPORATED, AND                                :    ORDER
230 PARK SOUTH APARTMENTS,                       :
                                                 :
                              Defendants.        :
------------------------------------------------------------X
230 PARK SOUTH APARTMENTS,                       :
                                                 :
      Cross-Claimant and Third-Party Plaintiff,  :
                                                 :
            -against-                            :
                                                 :
S.M. CONSTRUCTION & CONTRACTING,                 :
INCORPORATED,                                    :
                        Cross-Defendant,         :
                                                 :
REMODEL ART CORP. AND ALIN                       :
VADANUTA,                                        ;
                                                 :
                  Third-Party Defendants.        :
------------------------------------------------------------X
230 PARK SOUTH APARTMENTS,                       :
                                                 :
                  Fourth-Party Plaintiff,        :
                                                 :
            -against-                            :
                                                 :
IAN REISNER, IR HOLDINGS LLC,                    :
PARKVIEW DEVELOPERS LLC                          :
                                                 :
                  Fourth-Party Defendants.       :
------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

    WHEREAS a pretrial conference in this matter was held on March 26, 2021;

IT IS HEREBY ORDERED THAT:

1. Mr. Avery is directed to file a notice of appearance on behalf of the fourth party defendants by **March 26, 2021 at 5:00 p.m.**  If he fails to file a notice of appearance by that time, fourth party defendants' time to respond to the pending motion for default is extended to **March 31, 2021**.  If he files a notice of appearance by that time, fourth party defendants' answer must be filed on or before **March 31, 2021**.

2. Plaintiff's motion for leave to file an amended complaint against the fourth party defendants is due by **April 2, 2021**.  The fourth party defendants' opposition is due by **April 23, 2021**.  Plaintiff's reply is due **May 7, 2021.**

3. If Plaintiff chooses not to move for leave to file an amended complaint against fourth party defendants, the parties must meet and confer and propose a summary judgment briefing schedule by **April 12, 2021.**

4. A pretrial conference will be held on **June 4, 2021 at 11:00 a.m.**  The parties must appear for the conference by dialing (888) 363-4749, using the access code 3121171 and the security code 9598.

5. A referral to Magistrate Judge Gorenstein for a settlement conference will be entered separately.

**SO ORDERED.**

**Date:  March 26, 2021**  
**New York, New York**

_____  
**VALERIE CAPRONI**  
**United States District Judge**