```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/29/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
===============================================X
GERGELY CSIKOS,

                Plaintiff,

  -against-

S.M. CONSTRUCTION & CONTRACTING,
INCORPORATED and 230 PARK SOUTH
APARTMENTS, INC.,

                Defendants.
===============================================X
230 PARK SOUTH APARTMENTS, INC.,

                Third-Party Plaintiff,

  -against-

REMODEL ART CORP. and ALIN FLORIN VADANUTA,

                Third-Party Defendants.
===============================================X
230 PARK SOUTH APARTMENTS, INC.,

                Fourth-Party Plaintiff,

  -against-

IR HOLDINGS, LLC, PARKVIEW DEVELOPERS, LLC
and IAN REISNER,

                Fourth-Party Defendants.
===============================================X

**NOTICE OF MOTION FOR DEFAULT JUDGMENT**

Docket No.: 18-cv-9598 (VEC)

      PLEASE TAKE NOTICE that upon the accompanying Declaration of Jeffrey K. Van Etten in Support of 230 PARK SOUTH APARTMENTS, INC.'s Motion for Default Judgment, dated March 24, 2021; the Affidavit of Service of the Verified Fourth-Party Complaint; the Memo Endorsed Order of Hon. Valerie Caproni dated March 19, 2021; the Certificate of Default signed by the Clerk of Court; and on all prior proceedings and matters of record in this case, the

undersigned will move this Court before the Honorable Valerie Caproni of the United States District Court for the Southern District of New York in Courtroom 443 of the Thurgood Marshall United States Courthouse located at 40 Foley Square, New York, New York 10007, at a date and time to be determined by the Court, for an order granting default judgment pursuant to Rule 54(b) and Rule 55(b) of the Federal Rules of Civil Procedure against Fourth-Party Defendants IR HOLDINGS, LLC, PARKVIEW DEVELOPERS, LLC and IAN REISNER.

Dated: New York, New York
March 24, 2021

Yours etc.,

PERRY, VAN ETTEN, ROZANSKI
   & KUTNER, LLP
Attorneys for Defendant/Third-Party Plaintiff
Fourth-Party Plaintiff
230 PARK SOUTH APARTMENTS, INC.
60 Broad Street
Suite 3600A
New York, New York 10004
(212) 406-9710
File No.: 129010

BY: *Jeffrey K. Van Etten*
     JEFFREY K. VAN ETTEN (9107)

TO: HOLLY RONAI, ESQ.
RONAI & RONAI, LLP
Attorneys for Plaintiff
The Ronai Building
34 Adee Street
Port Chester, New York  10573
(914) 824-4777

VINCENT M. AVERY, ESQ.
FORD HARRISON, LLP
Attorneys for Defendant
S.M. CONSTRUCTION & CONTRACTING,
INCORPORATED and
Third-Party Defendants
REMODEL ART CORP. and
ALIN FLORIN VADANUTA and
Fourth-Party Defendants
IR HOLDINGS, LLC, PARKVIEW DEVELOPERS, LLC
and IAN REISNER,
60 East 42nd Street – 51st Floor
New York, New York  10165
(212) 453-5900

> Application DENIED.  Fourth party defendants have appeared and answered the fourth party complaint.  Dkts. 150, 151.  The motion for default judgment is dismissed as moot.

SO ORDERED.

*[signature: Valerie Caproni]*

HON. VALERIE CAPRONI                    3/29/2021
UNITED STATES DISTRICT JUDGE