```
UNITED STATES DISTRICT COURT                                    USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                                   DOCUMENT
------------------------------------------------------------X   ELECTRONICALLY FILED
GERGELY CSIKOS,                                           :     DOC #:
                                                          :     DATE FILED: 6/1/2021
                                      Plaintiff,          :
              -against-                                   :
                                                          :     18-CV-9598 (VEC)
S.M. CONSTRUCTION & CONTRACTING,                          :
INCORPORATED, AND                                         :     ORDER
230 PARK SOUTH APARTMENTS,                                :
                                                          :
                                      Defendants.         :
------------------------------------------------------------X
230 PARK SOUTH APARTMENTS,                                :
                                                          :
       Cross-Claimant and Third-Party Plaintiff,          :
                                                          :
              -against-                                   :
                                                          :
S.M. CONSTRUCTION & CONTRACTING,                          :
INCORPORATED,                                             :
                          Cross-Defendant,                :
                                                          :
REMODEL ART CORP. AND ALIN                                :
VADANUTA,                                                 ;
                                                          :
                     Third-Party Defendants.              :
------------------------------------------------------------X
230 PARK SOUTH APARTMENTS,                                :
                                                          :
                     Fourth-Party Plaintiff,              :
                                                          :
              -against-                                   :
                                                          :
IAN REISNER, IR HOLDINGS LLC,                             :
PARKVIEW DEVELOPERS LLC                                   :
                                                          :
                     Fourth-Party Defendants.             :
------------------------------------------------------------X
```

VALERIE CAPRONI, United States District Judge:

WHEREAS a pretrial conference is scheduled for June 4, 2021 at 11:00 a.m.;

WHEREAS the parties' cross-motions for summary judgment will be fully briefed on June 2, 2021;

IT IS HEREBY ORDERED THAT: The pretrial conference scheduled for June 4, 2021 is canceled.

**SO ORDERED.**

**Date: June 1, 2021**
**New York, New York**

**VALERIE CAPRONI**
**United States District Judge**