# PERRY, VAN ETTEN, ROZANSKI & KUTNER, LLP

**PLEASE REPLY TO:**

| | | |
|---|---|---|
| **NEW YORK OFFICE** <br> 14 Wall Street, Suite 4D <br> New York, New York 10005 <br> (212) 406-9710 <br> Fax (646) 370-3303 | Jeffrey K. Van Etten <br> Member of the Firm <br> jkvanetten@pvrklaw.com <br> Extension 132 | **LONG ISLAND OFFICE** <br> 225 Broadhollow Road, Suite 430 <br> Melville, New York 11747 <br> (631) 414-7930 <br> Fax (631) 777-4504 |

Members of the Firm
Douglas P. Perry
Jeffrey K. Van Etten*
Kenneth J. Kutner**

Partners
Leonard Porcelli**
Jerome S. Oliner*
Geoffrey H. Pforr
Thomas F. Maher
Joseph K. Strang
Kevin J. Brennan

Senior Trial Counsel
Michael C. Dombrowksi

Associates
John J. Ullrich
Ariana K. Politis
Kristen Petersen Hofer
Anthony Lugara
Jessica J. Beauvais
Patrick F. Downey

Of Counsel
Thaddeus J. Rozanski
Elizabeth G. Kastner
Justine L. Grisanti-Van Etten*
Amanda L. Perry***

Also Admitted in
New Jersey*
Connecticut**
South Carolina***

February 8, 2022

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/8/2022

*Via ECF*

The Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
Courtroom 443
New York, NY  10007

Re:   Gergely Csikos v. S.M. Construction & Contracting Incorporated and
      230 Park South Apartments, Inc.//230 Park South Apartments, Inc. v.
      Remodel Art Corp. and Alin Florin Vadanuta//230 Park South Apartments, Inc.
      v. IR Holdings, LLC, Parkview Developers, LLC and Ian Reisner
      Our File No.:  129010
      **Docket No.: 18-cv-9598 (VEC)**

Dear Honorable Madam:

Please allow this correspondence to serve as defendant 230 Park South Apartments, Inc.'s application for an extension of time for both the filing of motions in limine applicable to plaintiff's experts, as well as responding to the motions in limine/preclusion submitted by plaintiff in the above-referenced matter. This is the initial application for an extension by defendant.

Defendant's extension is based on the fact that the undersigned is currently lead counsel in the tragic, January 9, 2022 Bronx fire, resulting in 17 fatalities. Since the day after this fire, I have been actively engaged in defense activities, encompassing not only multiple site visits (including a further full-fledged preliminary site inspection, with over 60 people scheduled for February 10, 2022 - plaintiff, interested parties and experts alike), but has also required active engagement in extensive evidence preservation, as well as necessary defense follow ups pertaining to the initially commenced litigations, future, anticipated litigations involving potentially over 100 litigants and compliance with and responses to City, State and Federal governmental inquiries. In view of this engagement, I have been unable to fully address the issues relevant to the future trial and the pre-trial in limine activities. Furthermore, the associate who with whom I had worked on this case prior to the January 9, 2022 fire, left my firm on December 23, 2021 and as such, there is no attorney in this office who has been engaged in the litigation, other than the undersigned as lead trial attorney, and my former associate.

With the Court's permission, we ask for a two (2) week extension on the deadlines for the motions in limine and replies to plaintiff's motion, and if possible, a one (1) week extension on the pre-trial order directives.

I thank the Court, in advance, for its anticipated assistance.

            Very truly yours,

            PERRY, VAN ETTEN, ROZANSKI
             & KUTNER, LLP

          BY: *Jeffrey K. Van Etten*
JVE/mkr            JEFFREY K. VAN ETTEN

cc: ***Via ECF & E-mail (Hostrovronai@ronaifirm.com)***
   Ronai & Ronai, LLP
   The Ronai Building
   34 Adee Street
   Port Chester, NY  10573
   Attn:   Holly Ostrov Ronai, Esq.

   ***Via ECF & E-mail (VAvery@fordharrison.com)***
   Ford Harrison, LLP
   60 East 42nd Street – 51st Floor
   New York, NY 10165
   Attn:   Vincent M. Avery, Esq.

<u>Via ECF & E-mail (kdanielsen@kdvlaw.com)</u>
Kaufman Dolowich Voluck LLP
25 Main Street, Suite 500
Hackensack, NJ  07601
Attn:   Kenneth B. Danielsen, Esq.

> Application GRANTED.  The parties' motions *in limine* are due by **March 11, 2022**.  Responses are due by **March 18, 2022**.
>
> The parties must submit a joint pretrial order, *see* Rule 8.A of the Undersigned's Individual Practices in Civil Cases, requested voir dire questions, and a joint request to charge by **April 8, 2022**.

SO ORDERED.

*[signature]*   2/8/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE