**MEMO ENDORSED**

# PERRY, VAN ETTEN, ROZANSKI & KUTNER, LLP

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/17/2022

**PLEASE REPLY TO:**

| | | |
|---|---|---|
| **NEW YORK OFFICE**<br>14 Wall Street, Suite 4D<br>New York, New York 10005<br>(212) 406-9710<br>Fax (646) 370-3303 | Jeffrey K. Van Etten<br>Member of the Firm<br>jkvanetten@pvrklaw.com<br>Extension 132 | **LONG ISLAND OFFICE**<br>225 Broadhollow Road, Suite 430<br>Melville, New York 11747<br>(631) 414-7930<br>Fax (631) 777-4504 |

<u>Members of the Firm</u>
Douglas P. Perry
Jeffrey K. Van Etten*
Kenneth J. Kutner**

<u>Partners</u>
Leonard Porcelli**
Jerome S. Oliner*
Geoffrey H. Pforr
Thomas F. Maher
Joseph K. Strang
Kevin J. Brennan

<u>Senior Trial Counsel</u>
Michael C. Dombrowksi

<u>Associates</u>
John J. Ullrich
Ariana K. Politis
Kristen Petersen Hofer
Anthony Lugara
Jessica J. Beauvais
Patrick F. Downey

<u>Of Counsel</u>
Thaddeus J. Rozanski
Elizabeth G. Kastner
Justine L. Grisanti-Van Etten*
Amanda L. Perry***

Also Admitted in
New Jersey*
Connecticut**
South Carolina***

February 17, 2022

***Via ECF***

The Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
Courtroom 443
New York, NY  10007

Re: Gergely Csikos v. S.M. Construction & Contracting Incorporated and 230 Park South Apartments, Inc.//230 Park South Apartments, Inc. v. Remodel Art Corp. and Alin Florin Vadanuta//230 Park South Apartments, Inc. v. IR Holdings, LLC, Parkview Developers, LLC and Ian Reisner
Our File No.: 129010
**Docket No.: 18-cv-9598 (VEC)**

Dear Honorable Madam:

In following with the Court's Memo Endorsed Order of February 16, 2022 (Document 202), which requests that plaintiff's counsel to respond to defendant's application for leave to serve a late expert witness disclosure by February 23, 2022, the parties have conferred and have agreed to allow defendant an extra week to oppose plaintiff's motion to preclude, so that plaintiff's counsel can address whether they will object to the late disclosure and further, potentially limit or withdraw the pending motion to preclude (Documents 193, 194 and 195).

Case 1:18-cv-09598-VEC  Document 204  Filed 02/17/22  Page 2 of 2

In consideration therein, defendant also agreed to a one (1) week extension for plaintiff's reply papers. With the Court's approval, defendant's opposition to the motion to preclude will be due on February 25, 2022 and plaintiff's reply papers will be March 4, 2022.

We thank the Court for its attention to this matter and look forward to its granting the request for an extension of time to oppose the pending motion to preclude.

Respectfully submitted,

PERRY, VAN ETTEN, ROZANSKI
& KUTNER, LLP

BY: *Jeffrey K. Van Etten*
JEFFREY K. VAN ETTEN

JVE/mkr
Enclosure

cc: *Via ECF & E-mail (Hostrovronai@ronaifirm.com)*
Ronai & Ronai, LLP
The Ronai Building
34 Adee Street
Port Chester, NY 10573
Attn: Holly Ostrov Ronai, Esq.

*Via ECF & E-mail (VAvery@fordharrison.com)*
Ford Harrison, LLP
60 East 42nd Street – 51st Floor
New York, NY 10165
Attn: Vincent M. Avery, Esq.

*Via ECF & E-mail (kdanielsen@kdvlaw.com)*
Kaufman Dolowich Voluck LLP
25 Main Street, Suite 500
Hackensack, NJ 07601
Attn: Kenneth B. Danielsen, Esq.

---

Application DENIED as moot. In its February 9, 2022 Order, *see* Dkt. 200, the Court already granted an extension such that Defendants' opposition to Plaintiff's *Daubert* motion is due by **March 9, 2022**, and Plaintiff's reply is due by **March 16, 2022.**

SO ORDERED.

*[signature: Valerie Caproni]*

2/17/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE