**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/07/2022

# RONAI & RONAI, LLP

The Ronai Building
34 Adee Street
Port Chester, NY 10573

April 7, 2022

**VIA ECF**

The Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    Gergely Csikos v. S.M. Construction & Contracting, Incorporated, et al.
            Docket No.: 18-cv-09598-VEC

Your Honor:

    As you may recall, we represent Plaintiff, Gergely Csikos, in the above referenced action.

    Plaintiff's counsel is requesting an extension of time to file the Joint Pre Trial Order in the above-mentioned case. The reason for this request is plaintiff's motion to reconsider the decision on the Summary Judgment motion and plaintiff's motion to preclude defendants' experts are pending. Both motions have been fully submitted. In addition, Defendants' have filed a Motion in Limine. Plaintiff will be filing opposition to that motion.

    Therefore, at the present time it will be difficult to file a meaningful Pre Trial Order. We would ask the court for 30 days to submit the order once the decisions on all the motions have been made.

    I have contacted all counsel and they have consented to this application.

    Plaintiff thanks this Honorable Court for its time and attention to this matter.

Respectfully yours,

*/s/ John Della Jacono*
John Della Jacono (JD 5138)

Cc: All parties via ECF

Application GRANTED.

SO ORDERED.

*[Signature: Valerie Caproni]*   Date: 04/07/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE