USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/9/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
GERGELY CSIKOS, :
:
                                  Plaintiff, :
         -against- :
: 18-CV-9598 (VEC)
S.M. CONSTRUCTION & CONTRACTING, :
INCORPORATED, AND : ORDER
230 PARK SOUTH APARTMENTS, :
:
                                Defendants. :
------------------------------------------------------------- X
230 PARK SOUTH APARTMENTS, :
:
    Cross-Claimant and Third-Party Plaintiff, :
:
         -against- :
:
S.M. CONSTRUCTION & CONTRACTING, :
INCORPORATED, :
                    Cross-Defendant, :
:
REMODEL ART CORP. AND ALIN :
VADANUTA, ;
:
                 Third-Party Defendants. :
------------------------------------------------------------- X
230 PARK SOUTH APARTMENTS, :
:
                Fourth-Party Plaintiff, :
:
         -against- :
:
IAN REISNER, IR HOLDINGS LLC, :
PARKVIEW DEVELOPERS LLC :
:
             Fourth-Party Defendants. :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on January 7, 2022, the Court notified the parties that it would request a trial date for June 1, 2022, Dkt. 190; and

WHEREAS the Southern District of New York has reconfigured courtrooms and other spaces in its courthouses to allow jury trials to proceed as safely as possible during the COVID-19 pandemic. Under the centralized calendaring system currently in place, the Clerk's Office schedules up to three jury trials to begin on each day of jury selection: a primary case and up to two back-up cases that may proceed in its place if the primary case does not go forward; and

WHEREAS due to the limited availability of jury trials, the Court was unable to secure a jury for this case to proceed to trial in June;

IT IS HEREBY ORDERED that the Court will request a trial date for **October 17, 2022**, and will notify the parties as soon as it receives a firm trial date. The parties are directed to remain available for trial from **October 17, 2022 through November 30, 2022**.

**SO ORDERED.**

**Date:   May 9, 2022**
      **New York, New York**

**VALERIE CAPRONI**
**United States District Judge**