```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/22/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
GERGELY CSIKOS,                                         :
                                                        :
                          Plaintiff,                    :
            -against-                                   :
                                                        :       18-CV-9598 (VEC)
S.M. CONSTRUCTION & CONTRACTING,                        :
INCORPORATED, AND                                       :       ORDER
230 PARK SOUTH APARTMENTS,                              :
                                                        :
                          Defendants.                   :
------------------------------------------------------------X
230 PARK SOUTH APARTMENTS,                              :
                                                        :
      Cross-Claimant and Third-Party Plaintiff,         :
                                                        :
            -against-                                   :
                                                        :
S.M. CONSTRUCTION & CONTRACTING,                        :
INCORPORATED,                                           :
                          Cross-Defendant,              :
                                                        :
REMODEL ART CORP. AND ALIN                              :
VADANUTA,                                               ;
                                                        :
                 Third-Party Defendants.                :
------------------------------------------------------------X
230 PARK SOUTH APARTMENTS,                              :
                                                        :
                 Fourth-Party Plaintiff,                :
                                                        :
            -against-                                   :
                                                        :
IAN REISNER, IR HOLDINGS LLC,                           :
PARKVIEW DEVELOPERS LLC                                 :
                                                        :
                 Fourth-Party Defendants.               :
------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

      WHEREAS jury selection and trial are scheduled to begin on Monday, October 17, 2022, Dkt. 223;

IT IS HEREBY ORDERED that due to jury availability, jury selection and trial shall begin on **Tuesday, October 18, 2022 at 10:00 a.m.**

**SO ORDERED.**

**Date: September 22, 2022**
**New York, New York**

**VALERIE CAPRONI**
**United States District Judge**