**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/27/2022

# PERRY, VAN ETTEN, ROZANSKI & KUTNER, LLP

**PLEASE REPLY TO:**

| | | |
|---|---|---|
| **NEW YORK OFFICE**<br>**14 Wall Street, Suite 4D**<br>**New York, New York 10005**<br>**(212) 406-9710**<br>**Fax (646) 370-3303** | Jeffrey K. Van Etten<br>Member of the Firm<br>jkvanetten@pvrklaw.com<br>Extension 132 | **LONG ISLAND OFFICE**<br>**225 Broadhollow Road, Suite 430**<br>**Melville, New York 11747**<br>**(631) 414-7930**<br>**Fax (631) 777-4504** |

Members of the Firm
Douglas P. Perry
Jeffrey K. Van Etten*
Kenneth J. Kutner**

Partners
Leonard Porcelli**
Jerome S. Oliner*
Geoffrey H. Pforr
Thomas F. Maher
Joseph K. Strang
Kevin J. Brennan

Senior Trial Counsel
Michael C. Dombrowski

Associates
John J. Ullrich
Ariana K. Politis
Kristen Petersen Hofer
Anthony Lugara
Jessica J. Beauvais
Patrick F. Downey
Mark P. O'Donnell
David R. Contino

Of Counsel
Thaddeus J. Rozanski
Elizabeth G. Kastner
Justine L. Grisanti-Van Etten*
Amanda L. Perry***

Also admitted in
New Jersey*
Connecticut**
South Carolina***

September 27, 2022

*Via ECF*

The Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
Courtroom 443
New York, NY 10007

> Re: Gergely Csikos v. S.M. Construction & Contracting Incorporated and
> 230 Park South Apartments, Inc.//230 Park South Apartments, Inc. v.
> Remodel Art Corp. and Alin Florin Vadanuta//230 Park South Apartments, Inc.
> v. IR Holdings, LLC, Parkview Developers, LLC and Ian Reisner
> Our File No.: 129010
> **Docket No.: 18-cv-9598 (VEC)**

Dear Honorable Judge Caproni:

As you are aware, the Court has scheduled a pre-trial conference for October 6, 2022 at 2:30 p.m. in the above-referenced matter. Currently, I am engaged on trial in Supreme Court, County of New York, on <u>Gulinazzo v. Seventh Regiment Armory Conservancy, Inc.</u>, Index No.: 157975/14, before Judge Erika Edwards. The trial commenced on September 12, 2022 and will continue through to October 13, 2022. On October 6, 2022, we currently have three witnesses scheduled due to conflicts and delays arising from one of the attorneys being exposed to and diagnosed with COVID-19. As such, the undersigned will be unable to attend the pre-trial conference and would suggest that an alternative be considered for an early morning conference

before 9:30 a.m. or during my lunch break from 1:00 p.m. to 2:15 p.m., as my trial is in the building next door.

Thank you for your attention to this issue.

                                            Respectfully submitted,

                                            PERRY, VAN ETTEN, ROZANSKI
                                                         & KUTNER, LLP

                                      BY:   *Jeffrey K. Van Etten*
JVE/mkr                                         JEFFREY K. VAN ETTEN

cc:    ***Via ECF & E-mail (Hostrovronai@ronaifirm.com)***
       Ronai & Ronai, LLP
       The Ronai Building
       34 Adee Street
       Port Chester, NY  10573
       Attn:   Holly Ostrov Ronai, Esq.

       ***Via ECF & E-mail (VAvery@fordharrison.com)***
       Ford Harrison, LLP
       60 East 42nd Street – 51st Floor
       New York, NY 10165
       Attn:   Vincent M. Avery, Esq.

       ***Via ECF & E-mail (kdanielsen@c-wlaw.com)***
       Cipriani & Werner
       485 Route 1 South, Bldg E 120
       Iselin, NJ  08830
       Attn:   Kenneth B. Danielsen, Esq.

---

Application DENIED without prejudice.  Pursuant to Rule 2 of the Undersigned's Individual Practices, requests for an adjournment must indicate whether the other party consents.

SO ORDERED.

*[signature: Valerie Caproni]*           Date: 9/27/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE