**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/27/2022

# PERRY, VAN ETTEN, ROZANSKI & KUTNER, LLP

**PLEASE REPLY TO:**

**NEW YORK OFFICE**
**14 Wall Street, Suite 4D**
**New York, New York 10005**
**(212) 406-9710**
**Fax (646) 370-3303**

Members of the Firm
Douglas P. Perry
Jeffrey K. Van Etten*
Kenneth J. Kutner**

Partners
Leonard Porcelli**
Jerome S. Oliner*
Geoffrey H. Pforr
Thomas F. Maher
Joseph K. Strang
Kevin J. Brennan

Senior Trial Counsel
Michael C. Dombrowski

Jeffrey K. Van Etten
Member of the Firm
jkvanetten@pvrklaw.com
Extension 132

September 27, 2022

**LONG ISLAND OFFICE**
**225 Broadhollow Road, Suite 430**
**Melville, New York 11747**
**(631) 414-7930**
**Fax (631) 777-4504**

Associates
John J. Ullrich
Ariana K. Politis
Kristen Petersen Hofer
Anthony Lugara
Jessica J. Beauvais
Patrick F. Downey
Mark P. O'Donnell
David R. Contino

Of Counsel
Thaddeus J. Rozanski
Elizabeth G. Kastner
Justine L. Grisanti-Van Etten*
Amanda L. Perry***

Also admitted in
New Jersey*
Connecticut**
South Carolina***

*Via ECF*

The Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
Courtroom 443
New York, NY  10007

> Re:   Gergely Csikos v. S.M. Construction & Contracting Incorporated and
> 230 Park South Apartments, Inc.//230 Park South Apartments, Inc. v.
> Remodel Art Corp. and Alin Florin Vadanuta//230 Park South Apartments, Inc.
> v. IR Holdings, LLC, Parkview Developers, LLC and Ian Reisner
> Our File No.:  129010
> **Docket No.: 18-cv-9598 (VEC)**

Dear Honorable Judge Caproni:

As previously addressed in my initial application, the Court has scheduled a pre-trial conference for October 6, 2022 at 2:30 p.m. in the above-referenced matter.  Currently, I am engaged on trial in Supreme Court, County of New York, on Gulinazzo v. Seventh Regiment Armory Conservancy, Inc., Index No.:  157975/14, before Judge Erika Edwards.  The trial commenced on September 12, 2022 and will continue through to October 13, 2022.  On October 6, 2022, we currently have three witnesses scheduled due to conflicts and delays arising from one of the attorneys being exposed to and diagnosed with COVID-19.  As such, the undersigned will be unable to attend the pre-trial conference and would suggest that an alternative be considered for

an early morning conference before 9:30 a.m. or during my lunch break from 1:00 p.m. to 2:15 p.m., as my trial is in the building next door.

In following with the Court's denial, without prejudice, of the initial application, please note that counsel for plaintiff (John Della Jacona) and third- & fourth- party defendants (Vince Avery) have consented to the application.  I apologize for failing to secure approval previously, but I was addressing while on a family medical issue.

Thank you for your consideration on this application.

Respectfully submitted,

PERRY, VAN ETTEN, ROZANSKI
& KUTNER, LLP

BY:    *Jeffrey K. Van Etten*
JVE/mkr                             JEFFREY K. VAN ETTEN

cc:     *Via ECF & E-mail (Hostrovronai@ronaifirm.com*
        *& Johndellajacono@ronaifirm.com)*
        Ronai & Ronai, LLP
        The Ronai Building
        34 Adee Street
        Port Chester, NY  10573
        Attn:   Holly Ostrov Ronai, Esq.
                & John F. Della Jacono, Esq.

        *Via ECF & E-mail (VAvery@fordharrison.com)*
        Ford Harrison, LLP
        60 East 42nd Street – 51st Floor
        New York, NY 10165
        Attn:   Vincent M. Avery, Esq.

        *Via ECF & E-mail (kdanielsen@c-wlaw.com)*
        Cipriani & Werner
        485 Route 1 South, Bldg E 120
        Iselin, NJ  08830
        Attn:   Kenneth B. Danielsen, Esq.

Application GRANTED.  The Final Pretrial Conference originally scheduled for October 6, 2022 at 2:30 p.m. will be held on **October 6, 2022 at 1:00 p.m.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

SO ORDERED.

Date: 9/27/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE