```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/28/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
GERGELY CSIKOS,                                          :
                                                         :
                              Plaintiff,                 :
                -against-                                :
                                                         :      18-CV-9598 (VEC)
S.M. CONSTRUCTION & CONTRACTING,                         :
INCORPORATED, AND                                        :      ORDER
230 PARK SOUTH APARTMENTS,                               :
                                                         :
                              Defendants.                :
------------------------------------------------------------X
230 PARK SOUTH APARTMENTS,                               :
                                                         :
     Cross-Claimant and Third-Party Plaintiff,           :
                                                         :
                -against-                                :
                                                         :
S.M. CONSTRUCTION & CONTRACTING,                         :
INCORPORATED,                                            :
                              Cross-Defendant,           :
                                                         :
REMODEL ART CORP. AND ALIN                               :
VADANUTA,                                                ;
                                                         :
                      Third-Party Defendants.            :
------------------------------------------------------------X
230 PARK SOUTH APARTMENTS,                               :
                                                         :
                      Fourth-Party Plaintiff,            :
                                                         :
                -against-                                :
                                                         :
IAN REISNER, IR HOLDINGS LLC,                            :
PARKVIEW DEVELOPERS LLC                                  :
                                                         :
                      Fourth-Party Defendants.           :
------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

   WHEREAS the primary claim in this case involves Plaintiff Gergely Csikos and

Defendant 230 Park South Apartments, Inc. ("230 Park");

WHEREAS on December 7, 2018, 230 Park cross-claimed against S.M. Construction & Contracting, Inc., *see* Dkt. 14;

WHEREAS on October 30, 2019, 230 Park impleaded Third-Party Defendants Remodel Art Corp. and Alin Vadanuta, *see* Dkts. 62, 65;

WHEREAS on January 7, 2021, 230 Park impleaded Fourth-Party Defendants Ian Reisner, IR Holdings, LLC, and Parkview Developers, LLC, *see* Dkts. 122, 129; and

WHEREAS a Final Pretrial Conference is scheduled for October 6, 2022 at 1:00 p.m., *see* Dkt. 236;

IT IS HEREBY ORDERED that by close of business **Monday, October 3, 2022**, 230 Park must inform the Court whether it objects to severing its third- and fourth-party claims from the primary claim, and, if so, the basis for its objection.

**SO ORDERED.**

Date:  September 28, 2022
       New York, New York

**VALERIE CAPRONI**
United States District Judge