USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/11/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

GERGELY CSIKOS,

                              Plaintiff,

-against-

S.M. CONSTRUCTION & CONTRACTING,
INCORPORATED, AND
230 PARK SOUTH APARTMENTS,

                              Defendants.

18-CV-9598 (VEC)

ORDER

------------------------------------------------------------- X

230 PARK SOUTH APARTMENTS,

     Cross-Claimant and Third-Party Plaintiff,

-against-

S.M. CONSTRUCTION & CONTRACTING,
INCORPORATED,

                         Cross-Defendant,

REMODEL ART CORP. AND ALIN
VADANUTA,

                       Third-Party Defendants.

------------------------------------------------------------- X

230 PARK SOUTH APARTMENTS,

                       Fourth-Party Plaintiff,

-against-

IAN REISNER, IR HOLDINGS LLC,
PARKVIEW DEVELOPERS LLC

                     Fourth-Party Defendants.

------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on October 6, 2022, the parties appeared for a Final Pretrial Conference ("FPTC"), during which the Court informed the parties that each day of trial will begin and end at 9:30 AM and 5:00 PM, respectively, with few exceptions;

WHEREAS the Court also informed the parties that they should be prepared to put on enough witnesses to fill up each day of trial; and

WHEREAS on October 11, 2022, Plaintiff's counsel emailed chambers with a schedule indicating which day(s) each of Plaintiff's witnesses will testify.

IT IS HEREBY ORDERED that the parties are reminded that they *must* be prepared to call witnesses throughout the trial to adequately fill each day of trial. A party's failure to do so may lead the Court to require that party to rest its case when it has no further witnesses to call in a day.

**SO ORDERED.**

Date:  **October 11, 2022**  
       **New York, New York**

_____  
**VALERIE CAPRONI**  
**United States District Judge**