```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/25/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
GERGELY CSIKOS, :
:
                                  Plaintiff, :
        -against- :
: 18-CV-9598 (VEC)
S.M. CONSTRUCTION & CONTRACTING, :
INCORPORATED, AND : JUDGMENT & ORDER
230 PARK SOUTH APARTMENTS, :
:
                                  Defendants. :
-------------------------------------------------------------- X
230 PARK SOUTH APARTMENTS, :
:
       Cross-Claimant and Third-Party Plaintiff, :
:
        -against- :
:
S.M. CONSTRUCTION & CONTRACTING, :
INCORPORATED, :
                      Cross-Defendant, :
:
REMODEL ART CORP. AND ALIN :
VADANUTA, ;
:
                    Third-Party Defendants. :
-------------------------------------------------------------- X
230 PARK SOUTH APARTMENTS, :
:
                    Fourth-Party Plaintiff, :
:
        -against- :
:
IAN REISNER, IR HOLDINGS LLC, :
PARKVIEW DEVELOPERS LLC :
:
                 Fourth-Party Defendants. :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on October 18, 2022, a jury trial commenced on the claim between Plaintiff

Gergely Csikos and Defendant 230 Park South Apartments.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that after a Jury Trial before the Honorable Valerie Caproni, United States District Judge, the jury having rendered a verdict on October 21, 2022 in favor of Defendant, judgment is entered in favor of Defendant 230 Park South Apartments.

IT IS FURTHER ORDERED that all remaining third- and fourth-party claims are DISMISSED as moot.  The Clerk of Court is respectfully directed to terminate all open motions and to close this case.

**SO ORDERED.**

**Date:  October 25, 2022**
**New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**